**ORIGINAL**

KENJI M. PRICE #10523
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, Criminal Division
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Ken.Sorenson@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 03 2019
at 10 o'clock and 53 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re: ) | MISC. NO. MC19 00001 DKW RLP |
| ) | |
| $40,000.00 IN UNITED STATES ) | STIPULATED MOTION TO STAY |
| CURRENCY. ) | TIME TO FILE COMPLAINT FOR |
| ) | FORFEITURE; ORDER |
| ) | |

STIPULATED MOTION TO STAY
TIME TO FILE COMPLAINT FOR FORFEITURE

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America and Individual #1, whose identity is known to the United States, through their undersigned attorneys, jointly move the Court to stay the time within which the United States is required to file a civil forfeiture complaint against the above-captioned $40,000 in United States currency (hereinafter the "Subject Property"). The parties hereby agree and stipulate to the following:

1. As a result of searches (by warrant) conducted on July 9, 2018 and July 11, 2018, Individual #1 voluntarily surrendered $40,000 in United States currency (the Subject Property) on July 13, 2018.

2. The FBI initiated a nonjudicial civil forfeiture proceeding against the Subject Property under 18 U.S.C. §§ 981(a)(1)(C) and 1956, and sent the required notices to all known interested parties, including Individual #1.

3. On or about October 11, 2018, the FBI received a claim filed on behalf of Individual #1, by Individual #1's attorneys, to contest the nonjudicial civil forfeiture of the Subject Property.

4. No other claims have been filed or received, and the time has expired for any person to file a claim to the Subject Property under 18 U.S.C. § 983(a)(2)(A)-(E).

5. 18 U.S.C. § 983(a)(3)(A) provides as follows:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, <u>except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties</u>.

(Emphasis added).

6. Pursuant to the statute, Counsel for the parties have agreed to stay the deadline to file a civil forfeiture complaint against the Subject Property. Accordingly, the parties agree to and request an order staying the time within which the United States is required to file the complaint for forfeiture.

7. The parties agree that the stay shall continue until the parties mutually agree to lift the stay or one party delivers a written demand to the other party to lift the stay.

8. The United States shall have ninety (90) calendar days from the date that the parties mutually agree to lift the stay or from the date it receives a written demand to lift the stay to file a civil forfeiture complaint.

9. This motion is made in good faith and is not made to delay the action, or for any other improper purpose.

10. As Section 983(a)(3)(A) provides that an order extending the initial 90-day period for filing a complaint must be entered by the Court, even if the parties have agreed to such extension, the parties respectfully request that the Court issue an order staying the time for filing the complaint against the Subject Property until either of the following occurs: (1) the parties mutually agree to lift the stay; or (2) one party delivers a written demand to the other party to lift the stay.

11. For the Court's convenience, the parties will electronically submit a proposed Order Staying the Time to File Complaint for Forfeiture.

DATED: _____January 3, 2019_____, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

_____
WILLIAM C. MCCORRISTON, ESQ.
Attorney for INDIVIDUAL #1

By _____
KENNETH M. SORENSON
Chief, Criminal Division
District of Hawaii